AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Smith, Rebecca B. | 2. Court or Organization<br><br>Eastern District of Virginia | 3. Date of Report<br><br>05/13/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>United States District Court<br>600 Granby Street<br>Norfolk, Virginia 23510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Director | General Douglas MacArthur Foundation, Norfolk, Va |
| 2.   Power of Attorney | ▓▓▓ Account #1 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Smith, Rebecca B.**

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | ▓▓▓▓▓▓▓▓▓ - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Branch Bank & Trust Co. Bank Account | A | Interest | J | T | | | | | |
| 2. Investment Account #1 directing (line 3) | | | | | | | | | |
| 3. IRA-Brokerage Account #1 holding (lines 4-33) | | | | | | | | | |
| 4. Schwab Govt. Money Fund | A | Int./Div. | J | T | | | | | |
| 5. Hampton Roads Bankshares Inc | | None | J | T | | | | | |
| 6. The Diamonds Trust | | None | | | Sold | 09/08/10 | K | | |
| 7. Dow Jones Select Div Index Fund | | None | | | Sold | 09/08/10 | J | | |
| 8. Standard & Poor's Midcap 400 | A | Int./Div. | J | T | | | | | |
| 9. S & P 500 Growth Index Fund | | None | | | Sold | 09/08/10 | K | | |
| 10. Tr MSCI EAFE Index Fund | B | Int./Div. | L | T | | | | | |
| 11. Standard & Poor's Latin American 40 Index Fund | | None | | | Sold | 09/08/10 | J | D | |
| 12. Standard & Poor's 500 Depository Receipts Trust | B | Int./Div. | M | T | | | | | |
| 13. A T & T Inc New | A | Int./Div. | J | T | | | | | |
| 14. Verizon Communications | A | Int./Div. | J | T | | | | | |
| 15. IShares MSCI Emrg Mkt Fd | A | Int./Div. | K | T | | | | | |
| 16. IShares S & P Smcap Value | A | Int./Div. | J | T | | | | | |
| 17. IShares TR Barclays Bond Intermediate | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. IShares TR Barclays Fund Aggregate | A | Int./Div. | J | T | | | | | |
| 19. IShares Tr Cohen & Steer | A | Int./Div. | J | T | | | | | |
| 20. SPDR Trust Unit Sr I | A | Int./Div. | J | T | | | | | |
| 21. IShares Barclays Bond (1-3 yr credit bond) | A | Int./Div. | K | T | Buy | 08/02/10 | K | | |
| 22. IShares Trust (High Yield Corp) | A | Int./Div. | J | T | Buy | 03/01/10 | J | | |
| 23. Taxable Bonds: | | | | | | | | | |
| 24. Gov't Natl Mtg. Assn Pool 5/15/20 Medium Term Notes | A | Int./Div. | J | T | | | | | |
| 25. U.S. TSY Inflation Index Note 1/15/10 | | None | | | Redeemed | 01/15/10 | J | | |
| 26. US TSY Inflation Index Notes 7-15-13 | A | Int./Div. | J | T | | | | | |
| 27. U.S. T-Note 5/31/13 | A | Int./Div. | K | T | | | | | |
| 28. U.S. T-Note 8/15/12 | A | Int./Div. | J | T | | | | | |
| 29. U.S. T-Note 8/15/15 | A | Int./Div. | J | T | | | | | |
| 30. U.S. T-Note 10/31/11 | A | Int./Div. | J | T | | | | | |
| 31. Fed Farm CR BK 6/8/17 | A | Int./Div. | K | T | | | | | |
| 32. Oregon School Board Bond Due 6-30-10 | A | Int./Div. | | | Redeemed | 06/30/10 | J | A | |
| 33. Conocophillips 10/15/16 | A | Int./Div. | J | T | | | | | |
| 34. Farm, ▓▓▓▓▓ VA | | None | N | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Investment Account #2 directing (line 36) | | | | | | | | | |
| 36. Brokerage Account #2 holding (lines 37-91) | | | | | | | | | |
| 37. Schwab Govt Money Fund | A | Int./Div. | K | T | | | | | |
| 38. Equities/Stocks: | | | | | | | | | |
| 39. A T & T Inc. | B | Dividend | K | T | | | | | |
| 40. Ace Limited | A | Dividend | J | T | | | | | |
| 41. Auto Data Processing | A | Dividend | J | T | | | | | |
| 42. Cisco Systems Inc. | | None | J | T | | | | | |
| 43. Dell Inc. | | None | | | Sold | 03/01/10 | J | | |
| 44. Dollar Tree Inc. | | None | K | T | | | | | |
| 45. DuPont E I De Nemours & Co. | A | Dividend | J | T | | | | | |
| 46. Duke Energy Corp. | A | Dividend | J | T | | | | | |
| 47. Exxon Mobil Corp. | A | Dividend | K | T | | | | | |
| 48. General Electric Co. | A | Dividend | K | T | | | | | |
| 49. Hampton Roads Bankshares | | None | J | T | | | | | |
| 50. Hewlett-Packard Company | A | Dividend | K | T | | | | | |
| 51. Honeywell International | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 53. J.P. Morgan Chase & Co. | A | Dividend | J | T | | | | | |
| 54. Kraft Foods, Inc. | A | Dividend | K | T | | | | | |
| 55. Medtronic Inc. | A | Dividend | J | T | | | | | |
| 56. Microsoft Corp. | A | Dividend | K | T | | | | | |
| 57. Pepsico Inc. | A | Dividend | K | T | | | | | |
| 58. Raytheon Company | A | Dividend | J | T | | | | | |
| 59. St. Joe Co. | | None | | | Sold | 01/28/10 | J | | |
| 60. Tyco International Ltd. | A | Dividend | J | T | | | | | |
| 61. Verizon Communications | A | Dividend | J | T | | | | | |
| 62. I Shares Trust MSCI Eafe Index Fund | | None | | | Sold | 12/16/10 | J | | |
| 63. Canadian Natl Ry Co | A | Dividend | J | T | | | | | |
| 64. Chesapeake Energy Corp | A | Dividend | J | T | | | | | |
| 65. Harris Corporation | A | Dividend | J | T | | | | | |
| 66. Home Depot | A | Dividend | J | T | | | | | |
| 67. Intel Corp | A | Dividend | J | T | | | | | |
| 68. Marathon Oil Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 70. Travelers Companies | A | Dividend | J | T | | | | | |
| 71. Rydex SGI MGD Futures | | None | K | T | | | | | |
| 72. Vanguard Div Appreciation | A | Dividend | J | T | | | | | |
| 73. Chevron Corporation | A | Dividend | J | T | Buy | 12/14/10 | J | | |
| 74. Noble Corp. | A | Dividend | J | T | Buy | 12/09/10 | J | | |
| 75. Wal-Mart Stores Inc | A | Dividend | J | T | Buy | 12/30/10 | J | | |
| 76. SPDR Index Shares Fund | A | Dividend | K | T | Buy | 12/16/10 | K | | |
| 77. Tax Exempt Bonds: | | | | | | | | | |
| 78. Alexandria VA 6/15/15 | A | Interest | | | Redeemed | 06/15/10 | J | | |
| 79. Arlington Cnty VA 2/1/13 | A | Interest | K | T | | | | | |
| 80. Bristol, VA 11/1/16 | A | Interest | J | T | | | | | |
| 81. Chesterfield Cnty 1/15/14 | A | Interest | J | T | | | | | |
| 82. Fairfax Cnty VA 10/1/11 | A | Interest | K | T | | | | | |
| 83. Middle Riv. Regl. 5/15/12 | A | Interest | K | T | | | | | |
| 84. Montgomery Cnty, VA 1/15/11 | A | Interest | K | T | | | | | |
| 85. Prince William County VA CTF Partn 6/1/15 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000.000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Virginia College Bl. 9/1/15 | A | Interest | J | T | | | | | |
| 87. Virginia College Bl. 4/1/16 | A | Interest | K | T | | | | | |
| 88. VA Res Auth Infrastructure Rev. Pooled Loan Bond 11/1/14 | A | Interest | K | T | | | | | |
| 89. Appamattox Cnty Va 05/01/14 | A | Interest | K | T | Buy | 04/07/10 | K | | |
| 90. Fairfax Cnty Va ECO 05/15/17 | A | Interest | J | T | Buy | 04/27/10 | J | | |
| 91. Virginia St Hsg 04/01/13 | A | Interest | K | T | Buy | 02/24/10 | K | | |
| 92. Wells Fargo | B | Interest | M | T | | | | | |
| 93. ▨▨▨▨▨▨▨ | | None | | | Sold | 01/01/10 | O | G | Blue Thunder Acquisition |
| 94. Rental Property #1, Norfolk, VA | E | Rent | N | W | | | | | |
| 95. C.A. Associates, 2%, Norfolk, VA | D | Dividend | K | W | | | | | |
| 96. GJF Currituck Beach Associates, NC | | None | J | W | | | | | |
| 97. IRA - Equi-Vest | A | Interest | K | T | | | | | |
| 98. Deferred Annuity - Equitable Life Ins. Co. | A | Interest | K | T | | | | | |
| 99. Holly Holdings, Inc. | D | Interest | N | T | Open | 01/20/10 | N | | |
| 100. IRA-Brokerage Acct #3 directing and holding (lines 101-132) | | | | | | | | | |
| 101. UBS Pace Money Market Investment Fund | A | Int./Div. | J | T | | | | | |
| 102. First Eagle Sogen Global Fund | A | Int./Div. | J | T | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only) S =Assessment                T =Cash Market
   (See Column C2)              U =Book Value             V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. First Eagle Overseas Fund | | None | | | Sold | 06/23/10 | J | A | |
| 104. Royce Micro-Cap Fund | A | Int./Div. | | | Sold | 06/23/10 | J | A | |
| 105. Washington Real Estate Investment Fund | A | Int./Div. | K | T | | | | | |
| 106. AFBA 5 Star Science & Technology Fund | A | Int./Div. | | | Sold | 06/23/10 | J | A | |
| 107. Allianz NFJ Small-Cap Fund | A | Int./Div. | | | Sold | 06/23/10 | J | A | |
| 108. Allianz OCC Growth Fund | A | Int./Div. | | | Sold | 06/23/10 | J | B | |
| 109. Dryden Financial Services Fund | A | Int./Div. | | | Sold | 06/23/10 | J | B | |
| 110. Eaton Vance Traditional Worldwide Health Sciences | A | Int./Div. | J | T | | | | | |
| 111. Federated Prudent Bear Fund | | None | | | Sold | 06/23/10 | J | | |
| 112. ING Global Value Choice Fund | A | Int./Div. | | | Sold | 06/23/10 | J | B | |
| 113. Ivy Small Cap Value Fund | B | Int./Div. | J | T | | | | | |
| 114. Matthews China Fund | B | Int./Div. | J | T | | | | | |
| 115. Nuveen Tradewinds Global | B | Int./Div. | J | T | | | | | |
| 116. Oppenheimer Global Opportunities Fund | C | Int./Div. | J | T | | | | | |
| 117. Rydex Retailing Fund | A | Int./Div. | | | Sold | 06/23/10 | J | A | |
| 118. Rydex S & P Midcap 400 Growth Fund | A | Int./Div. | | | Sold | 06/23/10 | J | B | |
| 119. Seligman Large Cap Value Fund | A | Int./Div. | | | Sold | 06/23/10 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Nuveen Multi-Strategy Income Fund | A | Int./Div. | | | Sold | 06/23/10 | J | A | |
| 121. JP Morgan Highbridge Stat Market Fund | | None | | | Sold | 06/23/10 | J | | |
| 122. Rydex/SGI Managed Futures Fund | | None | | | Sold | 06/23/10 | J | | |
| 123. First Eagle Gold Fund | A | Int./Div. | | | Sold | 06/23/10 | J | A | |
| 124. Federated Capital Income Fund | B | Int./Div. | J | T | | | | | |
| 125. Janus Balanced Fund | A | Int./Div. | J | T | | | | | |
| 126. Calvert Income Fund | A | Int./Div. | J | T | Buy | 06/23/10 | J | | |
| 127. Federated Government Income Secs Fund | | None | K | T | Buy | 06/23/10 | K | | |
| 128. Blackrock Global Allocation Fund | A | Int./Div. | J | T | Buy | 06/23/10 | J | | |
| 129. Ivy Asset Strategy Fund | B | Int./Div. | J | T | Buy | 06/23/10 | J | | |
| 130. Tax Exempt Bonds: | | | | | | | | | |
| 131. VA St Pub Sch Auth 8/1/20 | A | Interest | K | T | | | | | |
| 132. Virginia Beach Va Pub Impt 7/15/23 | A | Interest | J | T | | | | | |
| 133. Brokerage Account #4 directing and holding (lines 134-161) | | | | | | | | | |
| 134. Resource Management Tax-Free Fund, Inc. | A | Interest | J | T | | | | | |
| 135. Equities/Stocks: | | | | | | | | | |
| 136. IShares Trust Russell 1000 Value Index Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. IShares Trust Russell 1000 Growth Index Fund | A | Dividend | J | T | | | | | |
| 138. IShares Trust DJ U.S. Basic Materials | A | Dividend | | | Sold | 04/27/10 | J | A | |
| 139. IShares Trust Russell Midcap Value Fund | A | Dividend | | | Sold | 08/26/10 | J | A | |
| 140. IShares Trust Russell Midcap Index Fund | A | Dividend | J | T | | | | | |
| 141. IShares MSCI Emerging Market Fund | | None | | | Sold | 08/26/10 | J | | |
| 142. IShares MSCI EAFE Index Fund | A | Dividend | J | T | | | | | |
| 143. Rydex ETF Trust S & P 500 | A | Dividend | J | T | | | | | |
| 144. Vanguard Index Funds | A | Dividend | | | Sold | 08/26/10 | J | A | |
| 145. Vanguard Intl Equity Index Fd | A | Dividend | J | T | | | | | |
| 146. Vanguard Divid Appreciation ETF | A | Dividend | J | T | | | | | |
| 147. IShares Iboxx $ Invt Gra De Corporate Bond Fund | | None | K | T | | | | | |
| 148. IShares Barclays 1-3 yr Treas Bond Fund | A | Dividend | K | T | | | | | |
| 149. IShares Barclays Tips Bond Fund | A | Dividend | | | Sold | 05/25/10 | J | A | |
| 150. IShares Barclays MBS Bond Fd | | None | K | T | | | | | |
| 151. SPDR Barclays Capital Int Term Treasure ETF | A | Dividend | K | T | | | | | |
| 152. SPDR Barclays Capital Tips | | None | | | Sold | 05/25/10 | K | A | |
| 153. SPDR DB Intl Govt Inflation Protected Bond | | None | | | Sold | 05/27/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. SPDR Lehman Intl Treas Bond | A | Dividend | K | T | | | | | |
| 155. IShares S & P GSCI Commdity Ind | A | Dividend | J | T | | | | | |
| 156. Powershares DB Multi Section Commodity | A | Dividend | J | T | | | | | |
| 157. IShares Barclays 20+ year Treasury Bd | | None | K | T | Buy | 08/26/10 | K | | |
| 158. SPDR Ser Trust Nuveen Barclays Cap Short Term Bd | | None | K | T | Buy | 05/28/10 | K | | |
| 159. SPDR Gold Trust | A | Dividend | J | T | Buy | 04/27/10 | J | | |
| 160. Permanent Portfolio Fund Inc. | A | Dividend | J | T | Buy | 08/26/10 | J | | |
| 161. Pimco All Assets | | None | J | T | Buy | 08/26/10 | J | | |
| 162. Brokerage Account #5 directing and holding (lines 163-165) | | | | | Open | 04/21/10 | L | | |
| 163. Henrico Cnty Va Econ Auth Res Care 10/1/35 | B | Interest | K | T | Buy | 05/20/10 | K | | |
| 164. Virginia Small Business Fing Auth 11/1/21 | | None | K | T | Buy | 12/01/10 | K | | |
| 165. B B & T Financial Money Market Acct | | None | K | T | Open | 12/21/10 | K | | |
| 166. Heritage Bank Account | B | Interest | M | T | | | | | |
| 167. ▓▓▓ Account #1 (line 168) | | | | | | | | | |
| 168. Branch Bank & Trust Co. Bank Account | A | Interest | | | Closed | 04/08/10 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/13/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Rebecca B. Smith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544